3

**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



04-80860

UNITED STATES OF AMERICA

        Plaintiff,        CRIMINAL NO.

-vs-                      HONORABLE   PAUL D. BORMAN

D-1 KASHYAP PATEL,        VIOLATION: 18 U.S.C. § 1543
   a/k/a/ MANOJ PANCHOLI, open camp

                                  MAGISTRATE JUDGE PEPE

        Defendant.
_____/

FILED '04 NOV -5 P12 53
U.S. DIST. COURT CLERK
EAST. DIST. MICH.
DETROIT PSG

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
(18 U.S.C. § 1543 – FALSE USE OF A PASSPORT)

D-1   KASHYAP PATEL, a/k/a/ MANOJ PANCHOLI

On or about October 16, 2004 in the Eastern District of Michigan, Southern

Division, Defendant Kashyap Patel, willfully and knowingly used and attempted to use an

altered English passport, in that the defendant presented the said passport to an Inspector of the Bureau of Customs and Border Protection, of the United States Department of Homeland Security at Detroit's Metropolitan Airport to gain entry into the United States, in violation of Title 18, United States Code, Section 1543.

CRAIG MORFORD
United States Attorney

*[signature]*

SHELDON N. LIGHT
Assistant United States Attorney
Chief, General Crimes Unit

*[signature]*

GRAHAM L. TEALL
Assistant United States Attorney
211 West Fort, Suite 2001
Detroit, Michigan 48226
313.226.9118

11/4/04

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number 04-80860 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: PAUL D. BORMAN |
| ☐ Yes     ☒ No | AUSA's Initials: MAGISTRATE JUDGE PEPE |

FILED '04 NOV -5 PM 2:32

**Case Title:** USA v. D-1 KASHYAP PATEL, a/k/a MANOJ PANCHOLI

**County where offense occurred :** Wayne County

**Check One:**   ☐ Felony     ☐ Misdemeanor     ☒ Petty

____Indictment/____Information --- no prior complaint.
____Indictment/ **XX** ____Information --- based upon prior complaint [Case number: 04-80860]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information:

**Superseding to Case No:** _____     **Judge:** _____

☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**          **Charges**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

November 4, 2004
Date

Graham L. Teall
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9118
Fax: (313) 226-2372
E-Mail address: graham.teall@usdoj.gov
Attorney Bar #: P 40645

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04